OFFICE OF DISCIPLINARY COUNSEL *v.* SAGEN.

[Cite as *Disciplinary Counsel v. Sagen* (1991), 61 Ohio St.3d 62.]

(No. 90–2088—Submitted April 9, 1991—Decided July 3, 1991.)

*J. Warren Bettis,* Disciplinary Counsel, and *Charles T. Brown,* for relator.
*Paul Mancino, Jr.* and *Charles W. Kettlewell,* for respondent.

*Per Curiam.* We adopt the findings of fact, conclusions of law, and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.